ANN PASSMORE v. THE CIRCUIT JUDGE FOR SAGINAW COUNTY.

[See 50 Mich. 626.]

*Transfer of causes.*

A motion for an order to show cause why a case should not be transferred was denied where the circuit judge, in the exercise of his statutory power, had passed upon certain disputed facts.

Motion for order to show cause.   Submitted June 10. Denied June 19.

*Wm. H. Sweet* and *Wm. A. Clark* for relator.

PER CURIAM.   If this were an original application made to us to transfer the cause with power on our part to make the transfer, we should probably feel bound to grant it; but as there are some disputed facts, and the circuit judge has passed upon them in the exercise of the statutory power, we are not clear as to our right to interfere, and will therefore decline to interfere.